UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>UNITED STATES OF AMERICA</u>,
    Petitioner

        v.                Miscellaneous Case. No. 1:11-mc-32-SM

<u>PATRICK P. BELLOT</u>,
    Respondent.

## O R D E R

In accordance with the endorsed order dated October 3, 2011 granting the [7] United States of America's Assented-to Motion for Entry of Order Enforcing IRS Summons, it is hereby ordered that the taxpayer, Patrick P. Bellot, obey the IRS summons and that he appear at the IRS Office, 410 Amherst Street, Suite 350, Nashua, New Hampshire on Monday, November 14, 2011 at 9:00 a.m., before Revenue Officer Allison Vermette (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the IRS summons.

    SO ORDERED.


October 3, 2011                      <u>/s/ Steven J. MCAuliffe</u>
                                        Steven J. McAuliffe
                                        Chief Judge


cc:  Gretchen Leah Witt, AUSA
      Patrick P. Bellot, pro se